THE PEOPLE ex rel. NEWTON A. CALKINS, Appellant, *v.* THE BOARD OF SUPERVISORS OF GREENE COUNTY, Respondent.

(Submitted June 19, 1888; decided June 29, 1888.)

APPEAL from order of the General Term of the Supreme Court in the third judicial department, made September 13, 1887, which reversed a judgment awarding a peremptory writ of *mandamus* herein and refused the writ.

*N. A. Calkins* for appellant.

*James B. Olney* for respondents.

Agree to affirm ; no opinion.

All concur.

Order affirmed.